Michael J. WILLIAMS, Petitioner—Appellant,

v.

UNITED STATES of America, Respondent—Appellee.

No. 06–6136.

United States Court of Appeals, Fourth Circuit.

Submitted May 18, 2006.

Decided May 31, 2006.

Michael J. Williams, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael J. Williams seeks to appeal the district court's order denying relief on his

28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. United States,* No. 7:05–cv–00790–jct, 2006 WL 44321 (W.D.Va. Jan. 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*